**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO: 3:13-CR-00064-LRH-WGC |
| ) | |
| Plaintiff, ) | |
| vs. ) | **ORDER ON EX PARTE MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| ) | |
| JAMES EDWARD MABY, ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that Ramon Acosta, Assistant Federal Public Defender's Ex Parte Motion to Withdraw as Counsel of Record [doc #24] (Filed under Seal) is granted.

IT IS FURTHER ORDERED that this matter is referred to the Magistrate for consideration of appointment of counsel for the defendant.

DATED this 14th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE