# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:13-CR-064-LRH-(WGC) |
| JAMES EDWARD MABY, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On July 16, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853 based upon the plea of guilty by defendant JAMES EDWARD MABY to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Superseding Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JAMES EDWARD MABY pled guilty. Superseding Indictment, ECF No. 16; Change of Plea, ECF No. 44; Plea Agreement, ECF No. 45; Preliminary Order of Forfeiture, ECF No. 47.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 22, 2014, through August 20, 2014, notifying all potential third of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 48.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. a Taurus PT140 Millennium, .40 caliber handgun, bearing serial number SA053034;
2. any and all ammunition; and
3. UNITED STATES CURRENCY: Fourteen thousand four hundred seventy-five dollars ($14,475) recovered by law enforcement investigators on or about May 21, 2013, from the trunk of a silver Audi convertible occupied by the defendant and from the defendant in the parking lot of 2300 Dickerson Road, Reno, Nevada.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 30th day of September, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE