UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES EDWARD MABY,<br><br>　　　　Defendant. | Case No. 3:13-cr-00064-LRH<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (FIRST REQUEST)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender ALLIE WILSON, counsel for JAMES EDWARD MABY and United States Attorney JASON M. FRIERSON, Assistant United States Attorney MEGAN RACHOW, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for April 4, 2023, at 11:30 AM, be vacated and continued to **April 11, 2023 at 11:30 AM**.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Maby is currently detained.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 30th day of March, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By  /s/ Allie Wilson<br>   ALLIE WILSON<br>   Assistant Federal Public Defender<br>   Counsel for JAMES EDWARD MABY | By  /s/ Megan Rachow<br>   MEGAN RACHOW<br>   Assistant United States Attorney<br>   Counsel for the Government |

2

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for April 4, 2023, at 11:30 AM, be vacated and continued to **April 11, 2023 at 11:30 AM** before Judge Larry R. Hicks in Reno Courtroom 3 via videoconference.

Dated this 30th day of March, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE