UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES EDWARD MABY,<br><br>       Defendant. | Case No. 3:13-cr-00064-HDM-CSD<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING (SECOND REQUEST)** |

   IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender SEAN A. MCCLELLAND, counsel for JAMES EDWARD MABY and Deputy Attorney General of the United States TODD BLANCHE, Assistant United States Attorney PENELOPE BRADY, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for January 21, 2026, at 11:00 AM, be vacated and continued to April 9, 2026, at 11:00 AM.

   This Stipulation is entered into for the following reasons:

   1.   Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. The defendant is detained and consents to the continuance.

4. The parties agree to the continuance.

5. This is the second request for a continuance.

DATED this 5th day of January, 2026.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | TODD BLANCHE<br>Deputy Attorney General of the United States |
| By /s/ Sean A. McClelland<br>SEAN A. MCCLELLAND<br>Assistant Federal Public Defender<br>Counsel for JAMES EDWARD MABY | By /s/ Penelope Brady<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for January 21, 2026, at 11:00 AM, be vacated and continued to April 9, 2026, at 11:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben. **IT IS SO ORDERED.**

DATED this 6th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE